**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NEW ENGLAND CARPENTERS ) <br> HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABBOTT LABORATORIES, ) <br> ) <br> Defendant. ) | No. 1:12-cv-01662 <br><br> Judge Robert M. Dow, Jr. |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendant Abbott Laboratories, by its attorneys, and pursuant to Fed. R. Civ. P. 6(b)(1), respectfully requests that the Court grant Defendant an extension to and including June 4, 2012, to move, answer, or otherwise respond to the Complaint. In support of its Motion, Defendant states as follows:

1. Plaintiff filed a Complaint on March 7, 2012.

2. Defendant presently has until April 4, 2012 to move, answer, or otherwise respond to the Complaint.

3. Defendant Abbott Laboratories is continuing its investigation of the claims alleged in the Complaint, and therefore requests an extension of the deadline for it to move, answer, or otherwise respond to the Complaint. This is the first request for an extension of this deadline. Plaintiff does not oppose this request.

4. This request is being made in good faith and will not cause undue delay or prejudice to any party.

WHEREFORE, for the foregoing reasons, Defendant Abbott Laboratories respectfully requests that the Court enter an Order granting Defendant an extension of time, to and including June 4, 2012, to move, answer or otherwise respond to the Complaint.

    Respectfully submitted,

    ABBOTT LABORATORIES

    By:    /s/ Samantha L. Maxfield

    Samantha L. Maxfield    #6228825
    WINSTON & STRAWN LLP
    35 W. Wacker Drive
    Chicago, IL 60601-5600
    Tel: (312) 558-5600
    Fax: (312) 558-5700
    Email: smaxfield@winston.com

    William F. Cavanaugh, Jr.
    PATTERSON BELKNAP WEBB & TYLER LLP
    1133 Avenue of the Americas
    New York, NY 10036
    Tel: (212) 336-2000
    Fax: (212) 336-2222
    E-mail: wfcavanaugh@pbwt.com

    *Attorneys for Defendant Abbott Laboratories*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given e-mail addresses:

Kenneth A. Wexler
Bethany R. Turke
Amy E. Keller
Dawn M. Goulet
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
brt@wexlerwallace.com
aek@wexlerwallace.com
dmg@wexlerwallace.com

On the same date, I caused a true and correct copy of the foregoing motion to be sent to the following individuals via U.S. Mail:

Steve W. Berman
Barabara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101

Thomas M. Sobol
Lauren Guth Barnes
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142

/s/ Samantha L. Maxfield